| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 8A |
|---|---|

<div style="border:1px solid black; padding:10px;">

FEDERATION OF INDIAN QUARTZ
SURFACE INDUSTRY,

                              Plaintiff,

ARIZONA TILE LLC; M S INTERNATIONAL, INC.;
AND PNS CLEARANCE LLC,

                        Plaintiff-Intervenors.

      v.

UNITED STATES

                             Defendant,

CAMBRIA COMPANY LLC,

                        Defendant-Intervenor.

</div>

Court No. 23-00026

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action.

Dated: 6/28/2023

                                                        /s/ Julie C. Mendoza
                                                          Attorney for Plaintiff

                                                    1401 Eye St. NW, Suite 600
                                                             Street Address

                                                     Washington, D.C. 20005
                                                       City, State and Zip Code

                                                     202-408-5153
                                                              Telephone No.

| |
|---|
| */s/* Jonathan T. Stoel |
| Attorney for Plaintiff-Intervenors |

Hogan Lovells US LLP
Columbia Square, 555 Thirteenth St. N.W.
_____
Street Address

Washington, D.C. 20004
_____
City, State and Zip Code

202-637-6634
_____
Telephone No.


*/s/* Joshua E. Kurland
_____
Attorney for Defendant

U.S. Department of Justice, Civil Division, Commercial Litigation Branch, P.O. Box 480, Ben Franklin Station
_____
Street Address

Washington, D.C. 20044
_____
City, State and Zip Code

202-616-0477
_____
Telephone No.


*/s/* Luke A. Meisner
_____
Attorney for Defendant-Intervenor

Schagrin Associates
900 Seventh St. N.W., Suite 500
_____
Street Address

Washington, D.C. 20001
_____
City, State and Zip Code

202-516-5257
_____
Telephone No.

FORM 8A

# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| FEDERATION OF INDIAN QUARTZ SURFACE INDUSTRY,<br><br>                        Plaintiff,<br><br>ARIZONA TILE LLC; M S INTERNATIONAL, INC.; AND PNS CLEARANCE LLC,<br><br>                      Plaintiff-Intervenors.<br><br>        v.<br><br>UNITED STATES<br><br>                      Defendant,<br><br>CAMBRIA COMPANY LLC,<br><br>                      Defendant-Intervenor. | Court No. 23-00026 |

Order of Dismissal

       This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: July 5, 2023

                                                     Clerk, U. S. Court of International Trade

                                                       By: /s/   Geoffrey Goell
                                                             Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)